UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JEANNE V. FRIEDMAN,

                              Plaintiff,                    23 Civ. No. 8901 (GHW) (GS)

      -against-                              **VIDEO PRE-MOTION**
                                                                                **CONFERENCE ORDER**

SUNRISE SENIOR LIVING, INC.,

                              Defendant.
-----------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

      The Court grants Defendant's request for a pre-motion conference to discuss its proposed motion to stay this case and compel arbitration. (Dkt. No. 14). The parties are hereby directed to attend a video conference on **Tuesday, March 12, 2024 at 4:00 p.m.** via Microsoft Teams using the following link: Click here to join the meeting. **Meeting ID**: [**226 142 899 443**]

**Passcode**: [**Uqc2vx**]

      SO ORDERED.

DATED:    New York, New York
                March 1, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge