UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JEANNE V. FRIEDMAN,

                Plaintiff,                          **23 Civ. No. 8901 (GHW) (GS)**

     -against-                                    **ORDER**

SUNRISE SENIOR LIVING, INC.,

                Defendant.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      Defendant Sunrise Senior Living, Inc., ("Defendant") has filed a letter motion seeking leave to file a motion to compel arbitration and stay proceedings. (Dkt. No. 14). The undersigned conducted a pre-motion conference with the parties on March 12, 2024 and granted Defendant leave to file this motion. The parties shall adhere to the following briefing schedule for the motion: Defendant's moving papers are due on **April 2, 2024**; Plaintiff's opposition papers are due on **April 16, 2024**; and Defendant's reply papers, if any, are due on **April 23, 2024**. Discovery and other proceedings shall be stayed in this case pending disposition of the motion to compel arbitration.

      The Clerk is respectfully requested to terminate the letter motion pending at Dkt. No. 14.

      **SO ORDERED.**

DATED:    New York, New York
               March 13, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge