

Lisa Isaacs
(917) 553-7977; li@lijblaw.com
Jonathan A. Bernstein
(917) 693-7245; jb@lijblaw.com

April 15, 2024

By ECF

The Honorable Gary Stein
United States Magistrate Judge
United States Court House
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

          Re:    Friedman v. Sunrise Senior Living, Inc.,
                23 Civ.08901 (GHW) (GS)

Dear Magistrate Judge Stein:

      We represent Jeanne Friedman, the Plaintiff in this matter. On April 12, 2024, Plaintiff filed an amended complaint. Defense counsel and I write jointly to request (1) an adjournment and adjustment of the briefing schedule with respect Defendant's pending motion to compel arbitration due to the amended complaint, and (2) an order amending the caption of this action to reflect the proper corporate Defendant.

      Following a pre-motion conference, Defendant moved on April 2, 2024 to compel arbitration. Plaintiff's opposition is due on April 16; Defendant's reply is due on April 23.

      Defendant intends to renew its motion to compel arbitration. The parties propose April 26, 2024 for Defendant's moving papers, May 10 for Plaintiff's opposition and May 17 for Defendant's reply.

      In addition, the amended complaint names Sunrise Senior Living Management, Inc. as a Defendant. That is, the superseded complaint incorrectly named Sunrise Senior Living, Inc. The parties accordingly request that Your Honor direct the Clerk to amend the caption of this action to reflect that Sunrise Senior Living Management, Inc. is the one and only Defendant.

      Thank you for your attention to this matter.

                                Respectfully submitted,

                                /s/

                              Jonathan A. Bernstein

Office:    1250 Broadway 36th Floor | New York New York 10001
Mailing:  2108 Yardley Road | Yardley Pennsylvania 19067
           Fax (917) 210-3898   Info@lijblaw.com | www.lijblaw.com

Application granted.  Defendant's renewed Motion to Compel Arbitration is due April 26, 2024; Plaintiff's opposition is due May 10, 2024; Defendant's reply, if any, is due May 17, 2024.  If Defendant still seeks oral argument, it may renew its application.  The Clerk of Court is respectfully directed to terminate Sunrise Senior Living, Inc. as a Defendant in this action.  The Clerk is further directed to terminate the motions pending at Docket Nos. 21 and 22.

Date:   April 16, 2024
        New York, New York

SO ORDERED:

_____
HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE