

Lisa Isaacs
(917) 553-7977; li@lijblaw.com
Jonathan A. Bernstein
(917) 693-7245; jb@lijblaw.com

May 23, 2024

**MEMO ENDORSED**

By ECF

The Honorable Gary Stein
United States Magistrate Judge
United States Court House
Southern District of New York
500 Pearl Street
New York, New York 10007

                       Re:    Friedman v. Sunrise Senior Living, Inc.,
                               23 Civ.08901 (GHW) (GS)

Dear Magistrate Judge Stein:

      We, along with Risman & Risman, P.C., represent Jeanne Friedman, the Plaintiff in this matter. I write pursuant to Rule I.G of Your Honor's Individual Practices to request adjournment of oral argument of Defendant's motion to compel arbitration, which is currently scheduled for June 13, 2024 at 10:00 a.m.

      Both of Plaintiff's attorneys have conflicting engagements at that hour. This is the first request for adjournment. Defendants do not oppose this request.

      Thank you for your attention to this matter.

                                   Respectfully submitted,

                                   /s/

                                   Jonathan A. Bernstein
                                   Maya Risman

The Oral Argument scheduled for Thursday, June 13, 2024 at 10:00 a.m. is hereby adjourned to **Tuesday, June 18, 2024 at 11:00 a.m.** The Parties are directed to appear in Courtroom 9A, United States Courthouse, 500 Pearl Street, New York, New York.

Date:  May 23, 2024
         New York, New York

**SO ORDERED:**
/s/ Gary Stein
HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE