UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JEANNE V. FRIEDMAN,

                        Plaintiff,                      23 Civ. No. 8901 (GHW) (GS)

       -against-

                                               **VIDEO STATUS**
SUNRISE SENIOR LIVING                      **CONFERENCE ORDER**
MANAGEMENT, INC.,

                        Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Video Status Conference on **Tuesday, August 19, 2025 at 10:00 a.m.** Counsel are directed to submit a joint status letter no later than Friday, August 15, 2025 advising the court as to the status of this matter. The Parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [281 225 610 624 5]  Passcode: [H4EX7XZ6]**

       SO ORDERED.

DATED:      New York, New York
                   June 10, 2025

                                                                  The Honorable Gary Stein
                                                                   United States Magistrate Judge